# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| RENATE L. WALLACE, | ) | Case No.: 09-bk-594 |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |

## MOTION TO SUPPLEMENT RECORD IN CONNECTION WITH DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS AGAINST INDYMAC FEDERAL BANK, FSB AND ITS AFFILIATE INDYMAC MORTGAGE SERVICES

Debtor, Renate L. Wallace, moves the Court pursuant to Rule 9023, Federal Rules of Bankruptcy Procedure, to permit her to supplement the record in this case to establish continuing violations of the discharge injunction by IndyMac Federal Bank, FSB and its affiliate, IndyMac Mortgage Services, a division of OneWest Bank, FSB (collectively, "IndyMac"), and in support of the motion states:

1. On January 30, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. As of the Petition Date, the Debtor was the owner of the property located at 14712 Stacey Road, Jacksonville, Florida, which property was encumbered by a mortgage in favor of IndyMac. IndyMac was listed was listed as a creditor in the Debtor's schedules and was provided with a notice of the commencement of the Chapter 7 case.

3. The Debtor's discharge was entered May 27, 2009, and was furnished to all creditors and parties in interest, including IndyMac [Docket No. 17].

4. Despite notice of the bankruptcy filing, IndyMac made no effort to terminate its dunning letters, phone calls and demands for payment, requiring the Debtor to file a motion for sanctions/contempt against IndyMac.

5. A trial of the motion for contempt was held on October 7, 2010. IndyMac was present and represented by counsel at the trial.

6. Notwithstanding the foregoing, IndyMac continues to bill the Debtor for delinquent payments, the most recent being a billing statement dated October 20, 2010. A copy of the demand letter is attached as **Exhibit A**.

7. Given the gravity of the situation, it is important that the Court be apprised of IndyMac's post-trial illicit conduct. The Debtor therefore requests that the taking of evidence be reopened so that the billing letter attached hereto as **Exhibit A** can be received into evidence as Debtor's **Exhibit No. 17**.

**STUTSMAN THAMES & MARKEY, P.A.**

By */s/ Richard R. Thames*
    Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rthames@stmlaw.net

Attorneys for Renate L. Wallace

**Certificate of Service**

I hereby certify on November 3, 2010, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to the Office of the United States Trustee, 135 W. Central Blvd., Room 620, Orlando, Florida 32802. A copy of this motion was also furnished by mail to IndyMac Federal Bank FSB, c/o Peter W. Kelly, Esq., Florida Default Law Group, P.L., Post Office Box 25018, Tampa, Florida 33622-5018, and IndyMac Financial Services, c/o Corporation Service Company, Its Registered Agent, 1201 Hays Street, Tallahassee, Florida 32301.

*/s/ Richard R. Thames*

Attorney

81161